# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ADMINISTRATIVE ORDER:  CONCERNING TEMPORARY CLOSURE OF THE INTAKE OFFICE IN THE PITTSBURGH DIVISION RELATIVE TO COVID-19 | Misc. No. 2:20-mc-0954-MRH |

## ADMINISTRATIVE ORDER

This Administrative Order is issued relative to the presence of novel coronavirus disease 2019 (COVID-19) in this District. This Court is closely monitoring developments with regard to COVID-19 matters. The Court is also closely monitoring the guidance issued by the Centers for Disease Control and Prevention (CDC), state and local public health authorities, and the Administrative Office of the United States Courts.

The undersigned was informed that a Court employee has been exposed outside of Court facilities to a person that tested positive for the COVID-19 virus. In order to protect the health and safety of the public, staff, and judicial officers from further exposure to or spread of the disease, and in consultation with the General Services Administration, it is ORDERED that the Intake Office of the Joseph F. Weis, Jr. U.S. Courthouse in Pittsburgh, Pennsylvania will be closed from 3:00 p.m. on Tuesday, June 30, 2020 through July 3, 2020. No one will be permitted to enter the Intake Area during this closure except for GSA-authorized cleaning personnel.

The United States District Court for the Western District of Pennsylvania remains open for official business in all Divisions. The Court's Electronic Case Filing (ECF) system is not impacted by the closure of the Intake Office of the Court's Pittsburgh facility and parties may continue to file electronically.

Litigants and other parties without ECF access may send documents for filing by electronic mail to the Clerk's Office at this address: intake2_pawd@pawd.uscourts.gov. Documents shall be emailed in PDF format, and only documents that are meant to be filed on the docket shall be sent to this email address. No other correspondence or other communications shall be sent to the Clerk's Office via this email address.

Litigants may continue to send documents, filing fees, restitution payments, and other correspondence to the Clerk's Office by U.S. Mail addressed to: Clerk's Office; U.S. District Court; 700 Grant Street, Suite 3100; Pittsburgh, PA 15219. No cash payments shall be sent by U.S. Mail.

Any party or litigant that appears at the Courthouse in person will not have access to the Clerk's Office. However, prominently posted on the public entrance door will be a "code" or other "identifier" unique to each day that the Intake Office of the Pittsburgh courthouse is closed. If these visitors are concerned about an impending filing or payment deadline, and they cannot send their filing by electronic mail or U.S. Mail as provided above, they should write the "code" on the top right of the filing, payment, or correspondence. If such document, correspondence or payment is thereafter mailed, or is otherwise delivered to the Pittsburgh courthouse in person upon its reopening, so that it is received no later than 10 days from the date associated with the code, the filing and/or payment will be dated as of the date of the code.

Clerk's Office staff will be working remotely, although they remain available to answer any questions by telephone at (412) 208-7500. Nothing herein shall limit the right of any party or litigant to raise any matter by motion to the presiding judicial officer in the case.

June 30, 2020

                  /s/ Mark R. Hornak
                  Mark R. Hornak
                  Chief United States District Judge